United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 14-32830-RK
John Sung Park                                                      Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 2           Date Rcvd: Mar 16, 2015
                              Form ID: b18             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2015.
```
db              John Sung Park,    13617 Beach St,     Cerritos, CA 90703-1433
smg             Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
35877371      ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
               (address filed with court: BMW,    PO Box 78103,    Phoenix, AZ 85062-8103)
35877370       +Bac Home Loans,    4161 Piedmont Pkwy,     Greensboro, NC 27410-8110
35877373        Bsi,   PO Box 517314,    Titusville, PA 16354
35877376        Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
35877377        Experian,   Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
35877380        GC Services,    PO Box 3044,    Livonia, MI 48151-3044
35877381        GC Services,    PO Box 3855,    Houston, TX 77253-3855
35877382        Harvey Moore, ESQ.,    Case #13N23816,    3710 S Susan St Ste 210,    Santa Ana, CA 92704-6956
35877384        LA County Sheriffs Torrance,    Case # 13N18135,    825 Maple Ave RM 140,
                 Torrance, CA 90503-5020
35877385        Los Angeles County Sheriff,    825 Maple Ave RM 140,    Torrance, CA 90503-5020
35877387        The Moore Law Group,    Po Box 25145,    Santa Ana, CA 92799-5145
35877388       +Trans Union Corporation,    Attn: Public Records Department,    555 W Adams St,
                 Chicago, IL 60661-3631
35877389        Transunion Consumer Relations,    PO Box 2000,    Chester, PA 19016-2000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QRGONZALEZ.COM Mar 17 2015 02:43:00      Rosendo Gonzalez (TR),    Gonzalez & Associates,
                 530 S. Hewitt Street, Suite 148,    Los Angeles, CA 90013-1906
smg             EDI: EDD.COM Mar 17 2015 02:43:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Mar 17 2015 02:43:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
crcm           +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 17 2015 03:35:48
                 BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
35877372        EDI: BMW.COM Mar 17 2015 02:43:00      BMW Financial,    PO Box 3608,    Dublin, OH 43016-0306
35877374        EDI: CHASE.COM Mar 17 2015 02:43:00      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
35877375        EDI: DISCOVER.COM Mar 17 2015 02:43:00      Discover Financial,    PO Box 15316,
                 Wilmington, DE 19850-5316
35877378        EDI: FSAE.COM Mar 17 2015 02:43:00      Firstsource Advantage LLC,    205 Bryant Woods S,
                 Buffalo, NY 14228-3609
35877379        EDI: CALTAX.COM Mar 17 2015 02:43:00      Franchise Tax Board,    Personal Bankruptcy MS A340,
                 PO Box 2952,    Sacramento, CA 95812-2952
35877383        EDI: IRS.COM Mar 17 2015 02:43:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
35877390        EDI: URSI.COM Mar 17 2015 02:43:00      United Recovery Systems,    5800 N Course Dr,
                 Houston, TX 77072-1613
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
35877386       ##Nationwide Credit,    3835 N Freeway Blvd Ste 115,    Sacramento, CA 95834-1977
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2015                               Signature:  /s/Joseph Speetjens

```
District/off: 0973-2          User: admin              Page 2 of 2              Date Rcvd: Mar 16, 2015
                              Form ID: b18             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2015 at the address(es) listed below:
              Marian   Garza    on behalf of Creditor Committee    BMW Bank of North America
               ecfnotices@ascensioncapitalgroup.com
              Rosendo   Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,  dgomez@gonzalezplc.com
              Scott   Kosner    on behalf of Debtor John Sung Park scottK@tysonfirm.com,   albert@tysonfirm.com
              Tyson   Takeuchi    on behalf of Debtor John Sung Park tyson@tysonfirm.com,
               albert@tysonfirm.com;armen@tysonfirm.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
John Sung Park

**BANKRUPTCY NO.**  2:14−bk−32830−RK

**CHAPTER**  7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  xxx−xx−2046
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 3/16/15

**Address:**
13617 Beach St
Cerritos, CA 90703−1433

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: March 16, 2015

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30

9 / AUT

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.